**Charlene ARRINGTON, Plaintiff—Appellant,**

v.

**Jennifer COCKLIN, in her individual capacity, and as supervisor at Glaxowellcome; Smithkline Beecham Corporation, d/b/a Glaxosmithkline, Defendants—Appellees,**

and

**Glaxowellcome, d/b/a Glaxosmithkline; Staffing Alliance/Manpower, Incorporated; Mari Beth Neely, in her individual capacity and as a supervisor at Glaxo; Smithkline Beecham Corporation, formerly known as Glaxosmithkline, formerly known as Glaxowellcome; Manpower of North Carolina, Defendants.**

No. 04–1674.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 15, 2004.

Decided Dec. 7, 2004.

Charlene Arrington, Appellant pro se. Kerry Anne Shad, Kathryn Roberts Valeika, Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charlene Arrington appeals the district court's order granting summary judgment for the Defendants on her racial discrimination and retaliation action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Arrington v. Cocklin,* No. CA–02–655–H (E.D.N.C. Mar. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*